JAMES P. WALSH, Respondent, v. HIRAM BURNET, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Putnam and Blackmar, JJ., concurred.

LOUIS WEIL, Appellant, v. JOSEPH MAYER and MARY F. MAYER, Respondents.— Judgment affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

STANISLAUS NOWAKOWSKI, an Infant, etc., Respondent, v. NEW YORK AND NORTH SHORE TRACTION COMPANY, Appellant.— Motion granted and case restored to its original place on the calendar, without costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

JOHN W. BLOCK, JR., Respondent, v. CHRISTINA PROSS and JOHN PROSS, Appellants.— Motion for stay granted, without costs. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

HARRY L. BRADLEY and Others, Respondents, v. DEGNON CONTRACTING COMPANY and Another, Appellants. (Actions Nos. 1 and 2.) — Motions to dismiss appeals denied, without costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

DANIEL M. GERARD, Respondent, v. CROSS & BROWN COMPANY, Appellant. — Motion denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

A. D. GRANGER COMPANY, Respondent, v. THE UNIVERSAL MACHINERY CORPORATION, LIMITED, Appellant. (Appeal No. 2.) — Motion to dismiss appeal denied, without costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

In the Matter of the Judicial Settlement of the Account of the Proceedings of WARWICK EMILE MONTGOMERY, as Trustee, etc., of ROMANZO W. MONTGOMERY, Deceased, etc.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

ELLEN C. OSBORN, Respondent, v. HOWARD J. M. CARDEZA and Others, Appellants.— Motion denied, without prejudice to an application to the Special Term to vacate the execution, in accordance with our plain determination as expressed in the modification of the order appealed from. Motion for the removal of the receiver denied, without costs. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

MARGARET A. THOMPSON, Appellant, v. WILLIAM A. THOMPSON, Respondent.— Motion denied, without costs. Present — Thomas, Mills, Putnam and Blackmar, JJ.

LOUIS BADALATY, an Infant, by NICHOLAS BADALATY, His Guardian ad Litem, Respondent, v. HYMAN AARON, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Mills and Blackmar, JJ.